NO._____

TRACY DIRK WADE,
     Appellant,

vs.

THE STATE OF TEXAS
     Appellee.

§ IN THE COURT OF
§
§
§
§ CRIMINAL APPEALS
§
§ OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appllellant's Petition for Discretionary Review in this cause and in support thereof would show the Court the following:

1. The style and number of this cause in the Court of Appeals,is: TRACY DIRK WADE vs. THE STATE OF TEXAS, Appeal No.#08-14-00117-CR.

2. The style and number of the case in the trial court is: THE STATE OF TEXAS vs. TRACY DIRK WADE,case number (TC# 09700),from the 90th District Court of Young County,Texas.

3. The Appellant was convicted of the felony of manufacturing four grams or more but less than 200 grams of methamphetamine.

4. Judgement was entered on 2/27/2014 and punishment was assessed at 65 years,confinement and a fine of N/A .

5. The conviction was affirmed in the Court of Appeals on December 15th,2015.

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is January 15th,2016..

7. An extension of time for a period of sixty (60) days is requested that would make the due date March 15th,2016.

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by counsel during the appeal of this case to the Court of Appeals. After the conviction was affirmed,the trial court refused to appoint counsel to file a Petition for Discretionary Review. Therefore,additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

WHEREFORE,PREMISES CONSIDERED,the Appellant/Petitioner respectfully request

FILED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to March 15th, 2016.

RESPECTFULLY SUBMITTED

*Tracy Dirk Wade*

Tracy Dirk Wade
c/o TDCJ-ID# 1916462
James V. Allred Unit
2101 FM 369 N
Iowa Park, Texas, 76367

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, has been mailed to the Clerk Abel Acosta, Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, Texas, 78711, and mailed via 1st class U.S. Postal Service mail, on this the 28th day of December, 2015.

*Tracy Dirk Wade*

Tracy Dirk Wade, Petitioner